OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, without costs.
 

 Inasmuch as petitioner is an objector to respondent’s designating petition, rather than the candidate against whose petition the objections were filed, petitioner’s failure to commence this proceeding to invalidate the designating petitions within the 14-day period (Election Law, § 16-102, subd 2) is fatal (compare
 
 Matter of Bruno v Peyser,
 
 40 NY2d 827, 828, with
 
 Matter of Pell v Coveney,
 
 37 NY2d 494). Petitioner’s assertion that he may avoid the 14-day statutory limitation because he is a candidate for the same office as respondent is untenable (see
 
 Matter of Pell v Coveney, supra).
 
 Since it was petitioner who objected to the designating petition, he was obligated to commence this proceeding within the statutory time period, irrespective of any determination by the Board of Elections.
 

 Chief Judge Breitel and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Cooke concur in memorandum.
 

 Order affirmed.